UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| Hudson, Wanda | § | Case No. 16-29401 |
| | § | |
| | § | |
| Debtors(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/15/2016. The undersigned trustee was appointed on 09/16/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 10,687.50 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative Expenses | | 0.00 |
| Bank Service Fees | | 0.00 |
| Other Payments to Creditors | | 0.00 |
| Non-Estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the Debtor | | 4,000.00 |
| Other Payments to Debtor | | 0.00 |
| Leaving a balance on hand of [1] | $ | 6,687.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) Page 1

The remaining funds are available for distribution.

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 02/21/2017 and the deadline for filing governmental claims was 03/14/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

     7. The Trustee's proposed distribution is attached as **Exhibit D.**

     8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $1,418.75. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $1,418.75, for a total compensation of $1,418.75[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $9.00 for total expenses of $9.00

    Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date :  12/01/2018            By :  /s/ Joseph A. Baldi
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 16-29401 | Judge: Timothy A. Barnes | Trustee Name: Joseph A. Baldi |
| --- | --- | --- |
| Case Name: Hudson, Wanda | | Date Filed (f) or Converted (c): 09/15/2016 (f) |
| | | 341(a) Meeting Date: 10/13/2016 |
| For Period Ending: 12/01/2018 | | Claims Bar Date: 02/21/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 2. Checking account-JP Morgan Chase | 20.00 | 0.00 | | 0.00 | FA |
| 3. Savings Account - JP Morgan Chase | 3.50 | 0.00 | | 0.00 | FA |
| 4. Probate Estate with claim against nursing home facility (u) | 10,687.50 | 6,687.50 | | 10,687.50 | FA |

**Gross Value of Remaining Assets**

| **TOTALS (Excluding Unknown Values)** | 11,211.00 | 6,687.50 | | 10,687.50 | 0.00 |
| --- | --- | --- | --- | --- | --- |

Re Prop. #4   one-sixth share of the Probate Estate of Madestine Hudson,
deceased - proceeds of lawsuit against Paramount of Oak
Park Healthcare Center, LLC for negligence leading to he
death of Madestine Hudson

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

December 1, 2018: Trustee recovered Debtor's one-sixth interest in her mother's probate estate.  Debtor amended her schedules to claim an exemption in the proceeds from the probate estate.  Trustee determined that the claimed exemption was valid and paid the Debtor her allowed exemption.  Trustee reviewed and validated all claims filed.  Trustee's attorneys advised that they would not be seeking compensation or expense reimbursement in this case.  Trustee prepared his TFR.

July 11, 2018 - Trustee conferred with counsel handling probate estate claim against nursing home.   Have determined amount due, adjudicating liens on proceeds.  Once complete, debtor's share of estate will be about $20,000.

June 2017:  Debtor is the executor her mother's probate estate.  The probate estate is pursuing a claim against the nursing home where the Debtor's mother previously lived.  Trustee has asserted the Estate's interest in the claim against the nursing home and will keep the case open pending recovery of the claim against the nursing home.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 16-29401 | Judge: | Timothy A. Barnes | Trustee Name: | Joseph A. Baldi |
| Case Name: | Hudson, Wanda | | | Date Filed (f) or Converted (c): | 09/15/2016 (f) |
| | | | | 341(a) Meeting Date: | 10/13/2016 |
| For Period Ending: | 12/01/2018 | | | Claims Bar Date: | 02/21/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 12/31/2018          **Current Projected Date of Final Report(TFR) :** 12/31/2018

**Trustee's Signature**   /s/Joseph A. Baldi                    **Date:**   12/01/2018
Joseph A. Baldi
P.O. Box 2399
Glen Ellyn, IL 60138-2399
Phone : (312) 726-8150

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-29401 | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | Hudson, Wanda | Bank Name: | Texas Capital Bank |
|  |  | Account Number/CD#: | ******5682 Checking Account |
| Taxpayer ID No: | **-***7324 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 12/1/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/30/2018 | [4] | Keating Law Offices<br>79 W. Monroe Street<br>Suite 1024<br>Chicago, IL 60603 | Distribution from Estate of Madestine Hudson | 1229-000 | 10,687.50 |  | 10,687.50 |
| 11/09/2018 | 51001 | Wanda Hudson<br>5253 W Kamerling Ave<br>Chicago, IL 60651 | personal property exemption | 8100-002 |  | 4,000.00 | 6,687.50 |
|  |  |  |  | Page Subtotals | 10,687.50 | 4,000.00 |  |

|  |  |  |
|---|---|---|
| **COLUMN TOTALS** | 10,687.50 | 4,000.00 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 10,687.50 | 4,000.00 |
| Less: Payments to Debtors |  | 4,000.00 |
| **Net** | 10,687.50 | 0.00 |

|  | All Accounts Gross Receipts: | 10,687.50 |
|---|---|---|
|  | All Accounts Gross Disbursements: | 4,000.00 |
|  | All Accounts Net: | 6,687.50 |

| **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
|---|---|---|---|
| ******5682 Checking Account | 10,687.50 | 0.00 |  |
| **Net Totals** | 10,687.50 | 0.00 | 6,687.50 |

| Case: 16-29401 | | | | | | | Joseph A. Baldi Trustee |
| Hudson, Wanda | | | CLAIMS REGISTER | | | | Dated: Dec 01, 2018 |
| | | | | | | | EXHIBIT C Page 1 |

| Claim No. | Creditor | UTC / Class | Status | Proof of Claim | Allowed Amount | Previously Paid | Prop. Payment Prop. Interest | Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| | Joseph A. Baldi<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | 2100-000<br>ADMIN | Valid To Pay | 1,418.75 | 1,418.75 | 0.00 | 1,418.75 | 0.00 |
| | Joseph A. Baldi<br>P.O. Box 2399<br>Glen Ellyn, IL 60138-2399 | 2200-000<br>ADMIN | Valid To Pay | 9.00 | 9.00 | 0.00 | 9.00 | 0.00 |
| **ADMINISTRATIVE TOTAL** | | | | **1,427.75** | **1,427.75** | **0.00** | **1,427.75** | **0.00** |

Case: 16-29401
Hudson, Wanda

CLAIMS REGISTER

Joseph A. Baldi Trustee
Dated: Dec 01, 2018
EXHIBIT C Page 2

| Claim No. | Creditor | UTC / Class | Status | Proof of Claim | Allowed Amount | Previously Paid | Prop. Payment Prop. Interest | Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| 00001 | American InfoSource LP as agent for TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124 | 7100-000<br>UNSEC | Valid To Pay | 3,041.86 | 3,041.86 | 0.00 | 479.86 | 2,562.00 |
| 00002 | Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083 | 7100-000<br>UNSEC | Valid To Pay | 1,030.67 | 1,030.67 | 0.00 | 162.59 | 868.08 |
| 00003 | Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083 | 7100-000<br>UNSEC | Valid To Pay | 1,537.13 | 1,537.13 | 0.00 | 242.48 | 1,294.65 |
| 00004 | Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083 | 7100-000<br>UNSEC | Valid To Pay | 397.50 | 397.50 | 0.00 | 62.71 | 334.79 |
| 00005 | Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083 | 7100-000<br>UNSEC | Valid To Pay | 1,249.28 | 1,249.28 | 0.00 | 197.08 | 1,052.20 |
| 00006 | CREDIT FIRST NA<br>PO Box 818011<br>Cleveland, OH 44181 | 7100-000<br>UNSEC | Valid To Pay | 1,153.31 | 1,153.31 | 0.00 | 181.94 | 971.37 |
| 00007 | Capital One Bank (USA), N.A. by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272 | 7100-000<br>UNSEC | Valid To Pay | 1,470.15 | 1,470.15 | 0.00 | 231.92 | 1,238.23 |

Case: 16-29401
Hudson, Wanda

Joseph A. Baldi Trustee
Dated: Dec 01, 2018

CLAIMS REGISTER

EXHIBIT C Page 3

| Claim No. | Creditor | UTC / Class | Status | Proof of Claim | Allowed Amount | Previously Paid | Prop. Payment Prop. Interest | Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| 00008 | US DEPT OF EDUCATION CLAIMS FILING UNIT PO Box 8973 Madison, WI 53708 | 7100-000 UNSEC | Valid To Pay | 13,930.73 | 13,930.73 | 0.00 | 2,197.59 | 11,733.14 |
| 00009 | US DEPT OF EDUCATION CLAIMS FILING UNIT PO Box 8973 Madison, WI 53708 | 7100-000 UNSEC | Valid To Pay | 6,285.47 | 6,285.47 | 0.00 | 991.54 | 5,293.93 |
| 00010 | Department Stores National Bank c/o Quantum3 Group LLC PO Box 657 Kirkland, WA 98083 | 7100-000 UNSEC | Valid To Pay | 987.54 | 987.54 | 0.00 | 155.79 | 831.75 |
| 00011 | Synchrony Bank c/o PRA Receivables Management, LLC PO Box 41021 Norfolk, VA 23541 | 7100-000 UNSEC | Valid To Pay | 678.73 | 678.73 | 0.00 | 107.07 | 571.66 |
| 00012 | Synchrony Bank c/o PRA Receivables Management, LLC PO Box 41021 Norfolk, VA 23541 | 7100-000 UNSEC | Valid To Pay | 541.55 | 541.55 | 0.00 | 85.43 | 456.12 |
| 00013 | Synchrony Bank c/o PRA Receivables Management, LLC PO Box 41021 Norfolk, VA 23541 | 7100-000 UNSEC | Valid To Pay | 454.00 | 454.00 | 0.00 | 71.62 | 382.38 |
| 00014 | Comenity Capital Bank/Paypal Credit c/o Weinstein & Riley, PS 2001 Western Ave Ste 400 Seattle, WA 98121 | 7100-000 UNSEC | Valid To Pay | 584.44 | 584.44 | 0.00 | 92.13 | 492.31 |

| Case: 16-29401 Hudson, Wanda | | CLAIMS REGISTER | | | | Joseph A. Baldi Trustee Dated: Dec 01, 2018 EXHIBIT C Page 4 |
|---|---|---|---|---|---|---|

| Claim No. | Creditor | UTC / Class | Status | Proof of Claim | Allowed Amount | Previously Paid | Prop. Payment Prop. Interest | Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| **UNSECURED TOTAL** | | | | **33,342.36** | **33,342.36** | **0.00** | **5,259.75** | **28,082.61** |
| **REPORT TOTALS** | | | | **34,770.11** | **34,770.11** | **0.00** | **6,687.50** | **28,082.61** |

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.:  16-29401
Case Name:  Hudson, Wanda

Trustee Name:  Joseph A. Baldi

Balance on Hand $6,687.50

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees: Joseph A. Baldi | $ 1,418.75 | $ 0.00 | $ 1,418.75 |
| Trustee, Expenses: Joseph A. Baldi | $ 9.00 | $ 0.00 | $ 9.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,427.75 |
| Remaining Balance | | | $ 5,259.75 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $33,342.36 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.8 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00001 | American InfoSource LP as agent for | $ 3,041.86 | $ 0.00 | $ 479.86 |
| 00002 | Quantum3 Group LLC as agent for | $ 1,030.67 | $ 0.00 | $ 162.59 |
| 00003 | Quantum3 Group LLC as agent for | $ 1,537.13 | $ 0.00 | $ 242.48 |
| 00004 | Quantum3 Group LLC as agent for | $ 397.50 | $ 0.00 | $ 62.71 |
| 00005 | Quantum3 Group LLC as agent for | $ 1,249.28 | $ 0.00 | $ 197.08 |
| 00006 | CREDIT FIRST NA | $ 1,153.31 | $ 0.00 | $ 181.94 |
| 00007 | Capital One Bank (USA), N.A. by | $ 1,470.15 | $ 0.00 | $ 231.92 |
| 00008 | US DEPT OF EDUCATION CLAIMS | $ 13,930.73 | $ 0.00 | $ 2,197.59 |
| 00009 | US DEPT OF EDUCATION CLAIMS | $ 6,285.47 | $ 0.00 | $ 991.54 |
| 00010 | Department Stores National Bank c/o | $ 987.54 | $ 0.00 | $ 155.79 |
| 00011 | Synchrony Bank c/o PRA Receivables | $ 678.73 | $ 0.00 | $ 107.07 |
| 00012 | Synchrony Bank c/o PRA Receivables | $ 541.55 | $ 0.00 | $ 85.43 |
| 00013 | Synchrony Bank c/o PRA Receivables | $ 454.00 | $ 0.00 | $ 71.62 |
| 00014 | Comenity Capital Bank/Paypal Credit | $ 584.44 | $ 0.00 | $ 92.13 |

Total to be paid to timely general unsecured creditors        $ 5,259.75

Remaining Balance        $ 0.00

   Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0 %, plus interest (if applicable).

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE