UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
Hudson, Wanda § Case No. 16-29401
 §
 Debtor(s) §
 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $23.50 (Without deducting any secured claims) | Assets Exempt: $4,500.00 |
| Total Distributions to Claimants: $5,259.75 | Claims Discharged Without Payment: $49,981.79 |
| Total Expenses of Administration: $1,427.75 | |

3) Total gross receipts of $10,687.50 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $4,000.00 (see **Exhibit 2**), yielded net receipts of $6,687.50 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $1,427.75 | $1,427.75 | $1,427.75 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $52,643.18 | $33,342.36 | $33,342.36 | $5,259.75 |
| **TOTAL DISBURSEMENTS** | $52,643.18 | $34,770.11 | $34,770.11 | $6,687.50 |

4) This case was originally filed under chapter 7 on 09/15/2016. The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :   04/17/2019                    By :   /s/ Joseph A. Baldi
                                               Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Probate Estate with claim against nursing home facility | 1229-000 | $10,687.50 |
| **TOTAL GROSS RECEIPTS** | | $10,687.50 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Wanda Hudson | exemption in funds r | 8100-002 | $4,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $4,000.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joseph A. Baldi | 2100-000 | NA | $1,418.75 | $1,418.75 | $1,418.75 |
| Joseph A. Baldi | 2200-000 | NA | $9.00 | $9.00 | $9.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,427.75 | $1,427.75 | $1,427.75 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00014 | Comenity Capital Bank/Paypal | 7100-000 | $600.00 | $584.44 | $584.44 | $92.13 |
| 00013 | Synchrony Bank c/o PRA | 7100-000 | $167.00 | $454.00 | $454.00 | $71.62 |
| 00012 | Synchrony Bank c/o PRA | 7100-000 | $249.00 | $541.55 | $541.55 | $85.43 |
| 00011 | Synchrony Bank c/o PRA | 7100-000 | $364.00 | $678.73 | $678.73 | $107.07 |
| 00010 | Department Stores National | 7100-000 | $987.00 | $987.54 | $987.54 | $155.79 |
| 00009 | US DEPT OF EDUCATION CLAIMS | 7100-000 | NA | $6,285.47 | $6,285.47 | $991.54 |
| 00008 | US DEPT OF EDUCATION CLAIMS | 7100-000 | $19,000.00 | $13,930.73 | $13,930.73 | $2,197.59 |
| 00007 | Capital One Bank (USA), N.A. by | 7100-000 | $1,407.00 | $1,470.15 | $1,470.15 | $231.92 |
| 00006 | CREDIT FIRST NA | 7100-000 | $1,153.00 | $1,153.31 | $1,153.31 | $181.94 |
| 00005 | Quantum3 Group LLC as agent | 7100-000 | $1,187.00 | $1,249.28 | $1,249.28 | $197.08 |
| 00004 | Quantum3 Group LLC as agent | 7100-000 | $361.00 | $397.50 | $397.50 | $62.71 |
| 00003 | Quantum3 Group LLC as agent | 7100-000 | $1,537.00 | $1,537.13 | $1,537.13 | $242.48 |
| 00002 | Quantum3 Group LLC as agent | 7100-000 | $1,000.00 | $1,030.67 | $1,030.67 | $162.59 |
| 00001 | American InfoSource LP as agent | 7100-000 | $2,732.00 | $3,041.86 | $3,041.86 | $479.86 |
| | Barclays Bank Delaware | | $1,152.00 | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Best Buy/CBNA | | $831.00 | NA | NA | $0.00 |
| | Chase/Bank One Card | | $2,238.00 | NA | NA | $0.00 |
| | Check Into Cash of Illinois Inc | | $820.00 | NA | NA | $0.00 |
| | Comenity Bank/BDFRDFR | | $10.00 | NA | NA | $0.00 |
| | Credit One Bank | | $1,208.00 | NA | NA | $0.00 |
| | First Premier Bank | | $882.00 | NA | NA | $0.00 |
| | First Saving Credit Car | | $385.00 | NA | NA | $0.00 |
| | NCB Management Services | | $4,085.00 | NA | NA | $0.00 |
| | PLS Financial Solutions of Illinois | | $522.18 | NA | NA | $0.00 |
| | Santander Consumer | | $6,120.00 | NA | NA | $0.00 |
| | Sears/CBNA | | $3,315.00 | NA | NA | $0.00 |
| | SYNCB/ Amazon | | $10.00 | NA | NA | $0.00 |
| | Turner Acceptance Corp | | $321.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $52,643.18 | $33,342.36 | $33,342.36 | $5,259.75 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No: | 16-29401 | Judge: | Timothy A. Barnes | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|---|
| Case Name: | Hudson, Wanda | | | Date Filed (f) or Converted (c): | 09/15/2016 (f) |
| | | | | 341(a) Meeting Date: | 10/13/2016 |
| For Period Ending: | 04/17/2019 | | | Claims Bar Date: | 02/21/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 2. Checking account-JP Morgan Chase | 20.00 | 0.00 | | 0.00 | FA |
| 3. Savings Account - JP Morgan Chase | 3.50 | 0.00 | | 0.00 | FA |
| 4. Probate Estate with claim against nursing home facility (u) | 10,687.50 | 6,687.50 | | 10,687.50 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 11,211.00 | 6,687.50 | | 10,687.50 | 0.00 |

Re Prop. #4   one-sixth share of the Probate Estate of Madestine Hudson,
deceased - proceeds of lawsuit against Paramount of Oak
Park Healthcare Center, LLC for negligence leading to he
death of Madestine Hudson

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

December 1, 2018: Trustee recovered Debtor's one-sixth interest in her mother's probate estate.  Debtor amended her schedules to claim an exemption in the proceeds from the probate estate.  Trustee determined that the claimed exemption was valid and paid the Debtor her allowed exemption.  Trustee reviewed and validated all claims filed.  Trustee's attorneys advised that they would not be seeking compensation or expense reimbursement in this case.  Trustee prepared his TFR.

July 11, 2018 - Trustee conferred with counsel handling probate estate claim against nursing home.  Have determined amount due, adjudicating liens on proceeds.  Once complete, debtor's share of estate will be about $20,000.

June 2017:  Debtor is the executor her mother's probate estate.  The probate estate is pursuing a claim against the nursing home where the Debtor's mother previously lived.  Trustee has asserted the Estate's interest in the claim against the nursing home and will keep the case open pending recovery of the claim against the nursing home.

Page 2

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 16-29401 | Judge: | Timothy A. Barnes | Trustee Name: | Joseph A. Baldi |
| Case Name: | Hudson, Wanda | | | Date Filed (f) or Converted (c): | 09/15/2016 (f) |
| | | | | 341(a) Meeting Date: | 10/13/2016 |
| For Period Ending: | 04/17/2019 | | | Claims Bar Date: | 02/21/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 12/31/2018     **Current Projected Date of Final Report(TFR) :** 12/31/2018

**Trustee's Signature**    /s/Joseph A. Baldi        **Date:** 04/17/2019
Joseph A. Baldi
P.O. Box 2399
Glen Ellyn, IL 60138-2399
Phone : (312) 726-8150

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| Case No: | 16-29401 | | Trustee Name: | Joseph A. Baldi |
| Case Name: | Hudson, Wanda | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5682 Checking Account |
| Taxpayer ID No: | **-***7324 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 4/17/2019 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/30/2018 | [4] | Keating Law Offices<br>79 W. Monroe Street<br>Suite 1024<br>Chicago, IL 60603 | Distribution from Estate of Madestine Hudson | 1229-000 | 10,687.50 | | 10,687.50 |
| 11/09/2018 | 51001 | Wanda Hudson<br>5253 W Kamerling Ave<br>Chicago, IL 60651 | personal property exemption | 8100-002 | | 4,000.00 | 6,687.50 |
| 01/29/2019 | 51002 | Joseph A. Baldi<br>P.O. Box 2399<br>Glen Ellyn, IL 60138-2399 | Trustee's Compensation | 2100-000 | | 1,418.75 | 5,268.75 |
| 01/29/2019 | 51003 | Joseph A. Baldi<br>P.O. Box 2399<br>Glen Ellyn, IL 60138-2399 | Trustee expenses | 2200-000 | | 9.00 | 5,259.75 |
| 01/29/2019 | 51004 | American InfoSource LP as agent for TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124 | Disb of 15.78% to Claim #00001 | 7100-000 | | 479.86 | 4,779.89 |
| 01/29/2019 | 51005 | Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083 | Disb of 15.78% to Claim #00002 | 7100-000 | | 162.59 | 4,617.30 |
| | | | | Page Subtotals | 10,687.50 | 6,070.20 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| Case No: | 16-29401 | Trustee Name: | Joseph A. Baldi |
| Case Name: | Hudson, Wanda | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5682 Checking Account |
| Taxpayer ID No: | **-***7324 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 4/17/2019 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/29/2019 | 51006 | Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083 | Disb of 15.77% to Claim #00003 | 7100-000 | | 242.48 | 4,374.82 |
| 01/29/2019 | 51007 | Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083 | Disb of 15.78% to Claim #00004 | 7100-000 | | 62.71 | 4,312.11 |
| 01/29/2019 | 51008 | Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083 | Disb of 15.78% to Claim #00005 | 7100-000 | | 197.08 | 4,115.03 |
| 01/29/2019 | 51009 | CREDIT FIRST NA<br>PO Box 818011<br>Cleveland, OH 44181 | Disb of 15.78% to Claim #00006 | 7100-000 | | 181.94 | 3,933.09 |
| 01/29/2019 | 51010 | Capital One Bank (USA), N.A. by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272 | Disb of 15.78% to Claim #00007 | 7100-000 | | 231.92 | 3,701.17 |
| 01/29/2019 | 51011 | US DEPT OF EDUCATION CLAIMS FILING UNIT<br>PO Box 8973<br>Madison, WI 53708 | Disb of 15.78% to Claim #00008 | 7100-000 | | 2,197.59 | 1,503.58 |
| | | | | Page Subtotals | 0.00 | 3,113.72 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-29401 | Trustee Name: | Joseph A. Baldi |
| Case Name: | Hudson, Wanda | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5682 Checking Account |
| Taxpayer ID No: | **-***7324 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 4/17/2019 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/29/2019 | 51012 | US DEPT OF EDUCATION CLAIMS FILING UNIT<br>PO Box 8973<br>Madison, WI 53708 | Disb of 15.78% to Claim #00009 | 7100-000 | | 991.54 | 512.04 |
| 01/29/2019 | 51013 | Department Stores National Bank c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083 | Disb of 15.78% to Claim #00010 | 7100-000 | | 155.79 | 356.25 |
| *01/29/2019 | 51014 | Synchrony Bank c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | Disb of 15.78% to Claim #00011 | 7100-004 | | 107.07 | 249.18 |
| *01/29/2019 | 51015 | Synchrony Bank c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | Disb of 15.78% to Claim #00012 | 7100-004 | | 85.43 | 163.75 |
| *01/29/2019 | 51016 | Synchrony Bank c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | Disb of 15.78% to Claim #00013 | 7100-004 | | 71.62 | 92.13 |
| 01/29/2019 | 51017 | Comenity Capital Bank/Paypal Credit c/o Weinstein & Riley, PS<br>2001 Western Ave Ste 400<br>Seattle, WA 98121 | Disb of 15.76% to Claim #00014 | 7100-000 | | 92.13 | 0.00 |
| | | | | Page Subtotals | 0.00 | 1,503.58 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| Case No: | 16-29401 | Trustee Name: | Joseph A. Baldi |
| Case Name: | Hudson, Wanda | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5682 Checking Account |
| Taxpayer ID No: | **-***7324 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 4/17/2019 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *03/22/2019 | | Synchrony Bank c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | Stop Payment on Check 51014 | 7100-004 | | (107.07) | 107.07 |
| *03/22/2019 | | Synchrony Bank c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | Stop Payment on Check 51016 | 7100-004 | | (71.62) | 178.69 |
| *03/22/2019 | | Synchrony Bank c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | Stop Payment on Check 51015 | 7100-004 | | (85.43) | 264.12 |
| 03/26/2019 | 51018 | Synchrony Bank c/o PRA Receivables Management, LLC<br>PO Box 41031<br>Norfolk, VA 23541 | Disb. of 15.78% on claim 11, replaces check 51014 | 7100-000 | | 107.07 | 157.05 |
| 03/26/2019 | 51019 | Synchrony Bank c/o PRA Receivables Management, LLC<br>PO Box 41031<br>Norfolk, VA 23541 | Disb of 15.78% to claim 12, replaces check 51015 | 7100-000 | | 85.43 | 71.62 |
| 03/26/2019 | 51020 | Synchrony Bank c/o PRA Receivables Management, LLC<br>PO Box 41031<br>Norfolk, VA 23541 | Disb of 15.78% on claim 13, replaces check 51016 | 7100-000 | | 71.62 | 0.00 |
| | | | | Page Subtotals | 0.00 | 0.00 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-29401 | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | Hudson, Wanda | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5682 Checking Account |
| Taxpayer ID No: | **-***7324 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 4/17/2019 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

Page Subtotals

|  |  |  |  |  |
|---|---|---|---|---|
| | COLUMN TOTALS | | 10,687.50 | 10,687.50 |
| | Less:Bank Transfer/CD's | | 0.00 | 0.00 |
| | **SUBTOTALS** | | 10,687.50 | 10,687.50 |
| | Less: Payments to Debtors | | | 4,000.00 |
| | **Net** | | 10,687.50 | 6,687.50 |

| | | | |
|---|---|---|---|
| | **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
| All Accounts Gross Receipts: 10,687.50 | | | |
| All Accounts Gross Disbursements: 10,687.50 | ******5682 Checking Account | 10,687.50 | 10,687.50 | |
| All Accounts Net: 0.00 | **Net Totals** | 10,687.50 | 10,687.50 | 0.00 |